[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-10962
Non-Argument Calendar

_____

D.C. Docket No. 05-00059-CR-FTM-29-DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOEL GOUIN,
a.k.a. J,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(September 27, 2006)**

Before DUBINA, CARNES and HULL, Circuit Judges

PER CURIAM:

Thomas H. Ostrander, court-appointed counsel for Joel Gouin in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Gouin's convictions and sentences are **AFFIRMED.**